IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dale B. Adams | ) | |
| *Plaintiff* | ) | Case: 1:20-cv-00479   (I Deck)<br>Assigned To : Unassigned<br>Assign. Date : 2/18/2020<br>Description: FOIA/Privacy Act |
| v. | ) | |
| United States National Security Agency (NSA) | ) | Dale B. Adams |
| NSA FOIA/PA Chief, John R. Chapman | ) | 2313 Anvil Drive |
| *Defendants* | ) | Harrison, Arkansas, 72601 |

COMPLAINT

Plaintiff Dale B. Adams has legal standing to bring this action under the Freedom of Information Act, 5 U.S. Code Sec. 552 for injunctive or other relief. The defendants captioned above have failed to timely respond or improperly withheld the requested records from plaintiff Dale Adams

I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this controversy as the unlawful acts happened within this jurisdiction

2. This Court has jurisdiction and proper venue pursuant to 28 U.S. Code Sec. 1331

3. Venue is proper and standing is offered by Congress under 5 U.S. Code Sec. 552(a)(4)(B)

II. PARTIES

4. Plaintiff Dale B. Adams (hereinafter as "Adams" or "plaintiff") of Majestic Publishers, 2313 Anvil Drive, Harrison, Arkansas, 72601 of T: (870) 517-9132

5. Defendants are United States National Security Agency and NSA FOIA/PA Chief, John R. Chapman of 9800 Savage Road, Suite 6248, Fort George G. Meade, MD. 20755-6248

III. COMPLAINT

6. On April 5, 2018 plaintiff Dale B. Adams made a Freedom of Information Act FOIA request to the National Security Agency seeking records    [Exhibit A]

RECEIVED

FEB 18 2020

Clerk, U.S. District and
Bankruptcy Courts

1

7. The defendants of the National Security Agency received this FOIA request on April 16, 2018

8. Adams received a response from the National Security Agency stating that they would provide the requested records for about 5 enumerated FOIA requests since Adams noted that the requested information was in the public domain and obviously not classified

9. Plaintiff Dale B. Adams filed an appeal because the defendants of the National Security Agency did not acknowledge responding to request number "*13. Any and all records, documents, fact sheets or other information supplied internally, to Congress or the public that no federal agency has intentionally violated civil liberties, Constitutional rights, including the First Amendment or violated any statutes with surveillance*"

10. The National Security Agency granted Adams' appeal and admitted that they failed to mention request No. 13 and that the NSA would also comply with the FOIA request of numeral 13

11. Plaintiff Adams has been patiently waiting for the requested records for 20 months believing the NSA was going to comply with 5 U.S. Code Sec. 552

12. However, during the interim it appears Dale Adams made another FOIA request to the NSA with similar requests and on July 2, 2019 the NSA FOIA/PA Chief John R. Chapman seems to have acted in bad faith falsely stating "*This Agency has already complied with the requirements of the FOIA and provided a response to you concerning this subject matter in FOIA Cases 102057, 102104, and 104050 ... Because this Agency has already responded to you and has fully complied with its FOIA obligation, we are not processing this request ...*"     [Exhibit B]

13. On June 7, 2018 Dale Adams made a FOIA request to the Central Intelligence Agency (CIA) and they also have not sent the requested records requiring Adams to pursue litigation

14. In 1986 Dale Adams sent FOIA requests to the CIA and they promptly provided the records

15. FOIA common law is becoming inconsistent with the intent of Congress and the wisdom of the Church Committee Reports of 1976

"*Recommendation 90. - The Freedom of Information Act (5 U.S.C. 552(b)) and the Federal*

*Privacy Act (5 U.S.C. 552(a)) provide important mechanisms by which individuals can gain access to information on intelligence activity directed against them. The Domestic Intelligence Recommendations assume that these statutes will continue to be vigorously enforced ..."*

U.S. Senator Frank Church, (April 26, 1976), "Intelligence Activities and the Rights of Americans, Book II, Final Report of the Select Committee to Study Governmental Operations with Respect to Intelligence Activities" United States Senate Together with Additional Supplemental, and Separate Views. (Church Committee Reports of 1976). (94th Congress). Report No. 94-755. United States Government Printing Office (GPO). [p. 336].

## IV. CAUSE OF ACTION

16. Plaintiff Dale B. Adams repeats and re-alleges paragraphs 1-15, as if made herein in full

17. Defendants acting individually and collectively under color of law in their official capacity acted in bad faith failing to comply with 5 U.S. Code Sec. 552 withholding the records

18. Defendants failure to comply with 5 U.S. Code Sec. 552 offers plaintiff Dale B. Adams legal standing with a remedy and relief as a matter of law

## V. REQUESTED RELIEF

19. Wherefore plaintiff prays the Court;

   A. honor in forma pauperis status and expedite service of process via U.S. Marshall

   B. order the defendants to provide the requested records to plaintiff Dale B. Adams

   C. grant Adams legal fees and costs for this action in honor of long-held legal principles of a proper check and balance system to create an incentive to comply with the rule of law

   D. kindly grant such other relief as the Court deems just

Signed on this 3rd day of February, 2020.

Sincerely,

*/s/ Dale B. Adams*

Dale B. Adams
2313 Anvil Drive
Harrison, Arkansas, 72601
T: (870) 517-9132